116 A.3d 1069

HILL INTERNATIONAL, INC., PLAINTIFF, v. ATLANTIC CITY BOARD OF EDUCATION, DEFENDANT.

COBRA CONSTRUCTION COMPANY, INC., PLAINTIFF–MOVANT, v. ATLANTIC CITY BOARD OF EDUCATION, DEFENDANT, AND SOSH ARCHITECTS AND PATRICK J. GALLAGHER, DEFENDANTS/THIRD–PARTY PLAINTIFFS–RESPONDENTS, v. CZAR ENGINEERING, THIRD–PARTY DEFENDANT/FOURTH–PARTY PLAINTIFF, AND ARTHUR W. PONZIO CO. & ASSOCIATES, INC., THIRD–PARTY DEFENDANT/FOURTH–PARTY PLAINTIFF, v. CRAIG TEST BORING CO., INC., AND CRAIG TESTING LABORATORIES, INC., FOURTH–PARTY DEFENDANTS.

June 19, 2015.

It is ORDERED that the motion for leave to appeal is granted.